**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

3. Maruice Montgomery,

Defendant.

No. 0:25-cr-00251-KMM-SGE-3

**ORDER**

---

On August 14, 2026, United States Magistrate Shannon G. Elkins issued a Report and Recommendation ("R&R") (Dkt. 335), recommending that the following motions filed by Defendant Maruice Montgomery be granted: (1) Motion to Suppress Physical Evidence and Statements (Dkt. 244); (2) Motion to Suppress Cell Phone Contents (Dkt. 246); (3) Motion to Dismiss Counts 9, 10, and 11 (Dkt. 245); and (4) Motion to Join Co-Defendant's Motion (Dkt. 247). The deadline for the government to file objections to the R&R was August 28, 2026. D. Minn. LR 72.2(b)(1) ("A party may file and serve specific written objections to a magistrate judge's proposed findings and recommendations within 14 days after being served with a copy of the recommended disposition[.]"). More than a month has passed since that time, and the government has not objected to the R&R.

A district judge reviewing an R&R "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Because no objections have been filed, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) ("In the absence

of timely objections, this Court reviews an R&R for clear error." (citing Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam))). Based on that deferential review, the Court finds no clear error and accepts the R&R's proposed resolution of Mr. Montgomery's motions.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Dkt. 335) is **ACCEPTED**.
2. Defendant's Motion to Suppress Physical Evidence and Statements (Dkt. 244) is **GRANTED**.
3. Defendant's Motion to Suppress Cell Phone Contents (Dkt. 246) is **GRANTED**.
4. Defendant's Motion to Dismiss Counts 9, 10, and 11 (Dkt. 245) is **GRANTED**.
5. Defendant's Motion to Join Co-Defendant's Motion (Dkt. 247) is **GRANTED**.

Date: **October 7, 2026**

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge